UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Daniel Jay Cho　　　　　　　　　　　　Case No.: 24-25518

　　　　　Debtor.　　　　　　　　　　　　　　Chapter 13

**OBJECTION TO MOTION FOR RELIEF FROM STAY BY JESSICA LEE**
_____

　　NOW COMES the Debtor(s), by and through their attorney, Brent J. Berning, and objects to the Motion for Relief from the Automatic Stay filed by Jessica Lee ("Movant"). In support thereof, Debtor(s) state as follows:

1. The Debtor and counsel were under the impression that Krekeler Law, LLC was going to file an objection to the underlying motion for relief.

2. Based upon a review of the motion, (1) the continuation of the non-bankruptcy action would prejudice the debtor, (2) the debtor denies that the hardship would outweigh for the non-bankruptcy and (3) there is no basis that the creditor is likely to prevail.

　　WHEREFORE, the Debtor respectfully requests that this Court deny the Motion for Relief from the Automatic Stay, allow counsel and debtor further time to review options and set an evidentiary hearing on the matter.

　　Dated at Milwaukee, Wisconsin this 18th day of June 2025.

　　　　　　　　　　　　　　　　　　　　　　／s／ Brent J. Berning
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Brent J. Berning
　　　　　　　　　　　　　　　　　　　　　　Berning Law, LLC

Berning Law, LLC
Brent J. Berning
342 N. Water St, Ste 630
Milwaukee, WI 53202
414-306-1977
Brent.berning@berninglawllc.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Daniel Jay Cho　　　　　　　　　　　　Case No.: 24-25518

　　　　　　Debtor.　　　　　　　　　　　　　　Chapter 13

CERTIFICATE OF SERVICE

On June 12, 2025, I, Brent Berning, served a copy of the Objection on the following persons in the following manner:

1. Deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, to the parties:

    Daniel Jay Cho
    2202 S. Kinnickinnic Avenue, Unit 506
    Milwaukee, WI 53207

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　/ s /　Brent J. Berning

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Brent J. Berning
　　　　　　　　　　　　　BERNING LAW, LLC
　　　　　　　　　　　　　342 N. Water Street, Ste 630
　　　　　　　　　　　　　Milwaukee, WI 53202

Berning Law, LLC
Brent J. Berning
342 N. Water St, Ste 630
Milwaukee, WI 53202
414-306-1977
Brent.berning@berninglawllc.com